**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| KATHY HARMON,<br><br>　　　　　　Plaintiff,<br>　v.<br>AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; and DOES 1 to 10, inclusive<br><br>　　　　　　Defendant. | Case No.: CV 13-6880-DMG (VBKx)<br><br>**JUDGMENT REGARDING ATTORNEYS' FEES, COSTS AND INTEREST [29]** |

This case arose from a dispute between Plaintiff Kathy Harmon ("Harmon") and Defendant Aetna Life Insurance Company ("Aetna") regarding Harmon's entitlement to long-term disability benefits under an employee welfare benefit plan administered by Aetna.  The main dispute between the parties was resolved and no trial was necessary.  The only issues left to be resolved by the Court were:  (1) a determination of whether Harmon was entitled to attorneys' fees and costs from Aetna pursuant to 29 U.S.C. Section 1132(g); and (2) the rate of pre-judgment interest applied to the past-due benefits.

After considering the briefing submitted by the parties, all accompanying filings and all other matters presented to the Court, for all of the reasons presented in the "In Chambers – Order Re Plaintiff's Motion for Attorneys' Fees, Costs, and Prejudgment Interest" [Doc. # 28], the full text of which is incorporated in this Judgment, Harmon is entitled to $112,497.50 in attorneys' fees and $3,558.30 in costs.  She is also entitled to prejudgment interest at a rate of 5% simple interest per annum on the past due benefits.  The parties agree that, applying the 5% simple interest rate, Harmon is entitled to $13,753.70 in prejudgment interest.  The parties also agree that Aetna previously paid Harmon $380.94 in interest, and therefore only owes $13,372.76 in unpaid interest.

Accordingly, Harmon is owed $129,428.56 by Aetna, which must be paid within fourteen (14) days of entry of this Judgment.

DATED: November 11, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE